**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EUGENE P. PATTERSON,

Defendant - Appellant.

No. 13-10142

D.C. No. 4:11-cr-03745-DCB

MEMORANDUM*

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted January 21, 2014**

Before:     CANBY, SILVERMAN, and PAEZ, Circuit Judges.

Eugene P. Patterson appeals from the district court's judgment and

challenges his guilty-plea conviction for assault on a federal officer, in violation of

18 U.S.C. § 111(a).  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Patterson challenges the district court's denial of his motion to withdraw his

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

guilty plea.  The district court did not abuse its discretion in determining that

Patterson had failed to demonstrate a fair and just reason for requesting withdrawal

of his plea.  *See* Fed. R. Crim. P. 11(d)(2)(B); *United States v. Ortega-Ascanio*,

376 F.3d 879, 883 (9th Cir. 2004) (stating standard of review).

**AFFIRMED.**

13-10142